UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COACH SERVICES, INC., a Maryland Corporation,<br><br>                              Plaintiff,<br>vs.<br><br>ROLANDS BOULEVARD, INC., a Nevada Corporation; ROLAND KATAVIC, an individual; BRUCE JOHNSTONE, an individual; and DOES 1-10, inclusive,<br><br>                              Defendants. | CASE NO.   2:10-CV-00430-PMP-VCF<br><br>ORDER REGARDING APPLICATION FOR JUDGMENT DEBTOR EXAMINATION OF ROLANDS BOULEVARD, INC., ROLAND KATAVIC, AND BRUCE JOHNSTONE<br><br>**<u>THE HONORABLE PHILIP M. PRO</u>** |

Upon the Application for Judgment Debtor Examination of defendants, ROLANDS BOULEVARD, INC., ROLAND KATAVIC, and BRUCE JOHNSTONE filed by plaintiff, COACH SERVICES, INC., by and through its counsel of the law firm of MEYERS McCONNELL REISZ SIDERMAN, and the Court having considered said Application, and good cause appearing therefor,

1

1  IT IS HEREBY ORDERED that ROLANDS BOULEVARD, INC., ROLAND
2  KATAVIC, and BRUCE JOHNSTONE (collectively, "Defendants") appear and be
3  examined under oath on November 21, 2011 at 2:00 p.m., at Sarnoff Court Reporters,
4  located at 2250 South Rancho Drive, Suite 195, Las Vegas, Nevada 89102, (702) 360-
5  3206, at which time Defendants will produce any and all books, papers, and records
6  now in its possession and/or control that evidence or indicate in any way any of the
7  property, assets, and/or liabilities of Defendants or each of the defendants respectively.
8  Defendants shall provide all documents of any kind evidencing any interest in real or
9  personal property or cash, including, but not limited to, all bank account statements,
10 401(k) accounts, IRA accounts, and/or other retirement account statements, stock
11 account statements, capital account statements, tax returns, K-1s, bank ledgers,
12 checkbook ledgers, or other bank account records, life insurance policies, stock
13 certificates, documents evidencing membership or other ownership interest in any
14 limited liability companies or other interest, any operating agreements for entities in
15 which Defendants have any ownership interest (whether collectively or respectively),
16 and any payment stubs, rent receipts, contracts, notes or memoranda evidencing
17 indebtedness due, deeds of trust, grant deeds, liens, claims, complaints, decrees, as
18 well as any trust documents evidencing a beneficiary interest in a trust.  Documents
19 provided should include the time period of **January 1, 2009 to present**;
20     IT IS FURTHER ORDERED that the failure by any of the defendants to appear
21 at the above-ordered examination will subject that defendant to contempt of Court;
22     IT IS FURTHER ORDERED that Defendants are forbidden from making any
23 transfer of non-exempt property and from interfering therewith until further ordered;
24 ///
25 ///
26 ///
27 ///
28 ///

IT IS FURTHER ORDERED that the costs associated with the examination, including the costs of service of process, the costs of a court reporter and the costs associated with a transcript, are approved as to necessity and propriety.

IT IS SO ORDERED.

Dated: October 26, 2011

_____
**UNITED STATES** MAGISTRATE JUDGE
CASE NO.:  2:10-CV-00430-PMP-VCF

Respectfully submitted by:

_____
LORI E. SIDERMAN, ESQ.
Nevada State Bar No. 007515
siderman@meyersmcconnell.com
JASON N. CIRLIN, ESQ.
Nevada State Bar No. 011786
cirlin@meyersmcconnell.com
MEYERS McCONNELL REISZ SIDERMAN
A Professional Corporation
*Attorneys for Plaintiffs*
*Coach Services, Inc.*

**CERTIFICATE OF MAILING/SERVICE**

71.217

      I hereby certify that I am an employee of Meyers McConnell Reisz Siderman and that on October 25, 2011, service of the foregoing **[PROPOSED] ORDER GRANTING APPLICATION FOR JUDGMENT DEBTOR EXAMINATION OF ROLANDS BOULEVARD, INC., ROLAND KATAVIC, AND BRUCE JOHNSTONE** was served by depositing a true and correct copy of the same, enclosed is a sealed envelope upon which first class postage was fully prepaid, in the *U.S. Mail* at Los Angeles, California, addressed as follows:

| | |
|---|---|
| Sharon Massimino<br>Registered Agent's Office for<br>ROLANDS BOULEVARD, INC.<br>3700 West Flamingo Road<br>Las Vegas, NV 89103 | Roland Katavic<br>9904 Cozy Glen Circle<br>Las Vegas, NV 89117 |
| Bruce Johnstone<br>9904 Cozy Glen Circle<br>Las Vegas, NV 89117 | **Keith Pressman, Esq.**<br>**409 Santa Monica Boulevard,**<br>**Suite 409**<br>**Santa Monica, CA 90401**<br>(310) 451-7111 |

[ x ]    DOCUMENT E-FILED

*/s/ Ann Fukushima*
Employee of Meyers McConnell Reisz Siderman
Ann Fukushima